**No. 65751.**—J. M. Sutton Sons & Co. and H. W. Ebert Co. et al. *v.* United States, protests 59/32176, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.